**Electronically Filed
Supreme Court
SCWC-13-0002610
23-APR-2015
09:48 AM**

SCWC-13-0002977, SCWC-13-0002610
and SCWC-14-0000556

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

GERALD K. MOUNT, JR. and JANE R. MOUNT,
Respondents/Plaintiffs/Counterclaim Defendants/Appellees,
vs.
MARGARET APAO,
Petitioner/Defendant/Appellant,
and
DIRK APAO as Co-Personal Representative of the
ESTATE OF ROSE MARIE ALVARO, deceased,
Petitioner/Defendant/Counterclaim Plaintiff/
Third-Party Plaintiff/Appellant,
and
SESHA LOVELACE, as Co-Personal Representative of the
ESTATE OF ROSE MARIE ALVARO, deceased,
Respondent/Defendant/Cross-Claim Defendant/Appellee,
and
U.S. BANK NATIONAL ASSOCIATION, A NATIONAL ASSOCIATION AS
TRUSTEE FOR THE STRUCTURED ASSET SECURITIES CORPORATION
MORTGAGE PASS-THROUGH CERTIFICATES 2005-SC1,
Respondent/Third-Party Defendant/Cross-Claim Plaintiff/Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0002977, CAAP-13-0002610, and CAAP-14-0000556;
CIV. NO. 11-1-2005)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant/Appellant Margaret Apao and

Petitioner/Defendant/Counterclaim Plaintiff/Third-Party

Plaintiff/Appellant Dirk Apao as Co-Personal Representative of the Estate of Rose Marie Alvaro, deceased's application for writ of certiorari filed on March 10, 2015, is hereby accepted and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawai'i, April 23, 2015.



Gary Victor Dubin and
Frederick J. Arensmeyer
for petitioners

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

Paul Alston,
Pamela W. Bunn, and
J. Blaine Rogers
for respondent
U.S. Bank National
Association, a
National Association
as Trustee for the
Structured Asset
Securities Corporation
Mortgage Pass-Through
Certificates 2005-SC1

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

Michael C. Bird and
Summer H. Kaiawe
for respondents
Gerald K. Mount, Jr.
and Jane R. Mount

2